RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:   TANIA J. MENDEZ-MEJIA    Atty:  RUSSELL L LOW ESQ
      36 BAILEY AVE                   LOW & LOW ESQS
      HILLSIDE,  NJ  07205            505 MAIN STREET, SUITE 304
                                      HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
#### Chapter 13 Case # 22-16075

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $148,386.00**

## RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 09/07/2022 | $2,473.10 | 3330016 | | | |

**Total Receipts: $2,473.10  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $2,473.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 86.56 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 2,386.54 | 1,363.46 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CENLAR FSB | MORTGAGE ARR | 127,307.31 | 100.00% | 0.00 | |
| 0002 | BARCLAYS BANK DELAWARE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | GENESIS FINANCIAL/JARED | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | HY CITE ENTERPRISES/ROYAL PRESTIGE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | JAMES KING | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | NATIONAL RECOVERY AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0009 | NEW JERSEY AMERICAN WATER | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | PSE&G | UNSECURED | 9,624.69 | * | 0.00 | |
| 0011 | REMEX INC | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | LVNV FUNDING LLC | UNSECURED | 235.42 | * | 0.00 | |
| 0013 | SAVIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | OVERLOOK HOSPITAL C/O | UNSECURED | 400.00 | * | 0.00 | |

**Total Paid:  $2,473.10**
See Summary

**Chapter 13 Case # 22-16075**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $2,473.10    -    Paid to Claims: $0.00    -    Admin Costs Paid: $2,473.10    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.